| PROB 22 (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| **TRANSFER OF JURISDICTION** | 21CR01388-001-BAS |
| | DOCKET NUMBER *(Rec. Court)* |
| | |

| NAME AND ADDRESS OF | DISTRICT | DIVISION |
|---|---|---|
| Gloria Crystal Varela<br>Northern District of California | Southern California | San Diego |
| | NAME OF SENTENCING JUDGE<br>Cynthia Ann Bashant<br>U.S. District Judge | |
| | DATES OF<br>Supervised Release | FROM: 5/5/2022  TO: 5/4/2025 |

**OFFENSE**

18 U.S.C. § 922(g)(3), Unlawful User or Addict in Possession of a Firearm, a Class C felony.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF CALIFORNIA</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the Supervised Releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of Supervised Release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

June 22, 2022
Date

*signed* Cynthia Ann Bashant
Cynthia Ann Bashant
U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>NORTHERN DISTRICT OF CALIFORNIA</u>

IT IS HEREBY ORDERED that jurisdiction over the above-named be accepted and assumed by this Court from and after the entry of this order.

June 27, 2022
Effective Date

*signed*
United States District Judge

mtn #7472383